THE INCORPORATED VILLAGE OF ROCKVILLE CENTRE, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, RAL REALTY CORPORATION, THIRD SERVICE CORPORATION, Respondents; LOUIS COHEN, as Receiver in Supplementary Proceedings of JOHN CONNOR, PETER CONNOR, and THOMAS CONNOR, Individually and as Copartners Doing Business under the Firm Name of CONNOR BROTHERS, etc., Appellant, and Others, Defendants.— In an action for interpleader, order

granting respondents' motion for judgment on the pleadings pursuant to rule 112 of the Rules of Civil Practice, dismissing the complaint and the counterclaim of the receiver, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.